FILED
CLERK, U.S. DISTRICT COURT

JUN 19, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NORTH ATLANTIC OPERATING COMPANY, INC. *et al.*, | CASE NO. 2:17-CV-05920 VAP (AFMx) |
| Plaintiffs, | Hon. Virginia A. Phillips |
| v. | |
| LA PRICE CHECK, LLC *et al.*, | [~~PROPOSED~~] **PERMANENT INJUNCTION** |
| Defendants. | Action Filed: Aug. 9, 2017<br>Trial Date: Aug. 28, 2018 |

The Court, having considered the Joint Stipulation for Entry of Permanent Injunction as to Defendants MJ Wholesale USA Inc., and Nisar Mohammed ("MJ Wholesale Defendants"), entered into by and between the MJ Wholesale Defendants and Plaintiffs North Atlantic Operating Company, Inc. and National Tobacco Company, L.P. (together, "North Atlantic" or "Plaintiffs"), and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

Pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act, 15 U.S.C. § 1501 *et seq.*, MJ Wholesale Defendants, as well as their agents, servants, employees, attorneys, officers, and other representatives, and all other persons in active concert or participation with them, or each of them, who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined and restrained from, directly or indirectly, anywhere in the world ("Permanent Injunction"):

    a. Manufacturing, making, buying, purchasing, importing, shipping, delivering, advertising, marketing, promoting, offering to sell, selling, or otherwise distributing or disposing of, in any manner, any authentic, counterfeit, or infringing ZIG-ZAG® brand products, including but not limited to ZIG-ZAG® 1 ¼ Size French Orange cigarette paper products ("ZIG-ZAG® Orange"), or any products bearing: The ZIG-ZAG® Trademarks[1], the NAOC® Trademarks[2], the

---

[1] Defined as the marks of U.S. Registration Nos. 610,530 (ZIG-ZAG (stylized)); 1,127,946 (ZIG-ZAG (Word Mark)); 2,169,540 (Smoking Man Design (Circle Border)); 2,169,549 (Smoking Man Design (No Border)).

[2] Defined as the marks of U.S. Registration Nos. 2,664,694 and 2,664,695 (NORTH ATLANTIC OPERATING COMPANY INC. and Gear Design); and 2,610,473 and 2,635,446 (NORTH ATLANTIC OPERATING COMPANY (Word Mark)).

NAOC© Copyright[3], and/or the ZIG-ZAG® Orange Trade Dress[4]; and/or

    b. The statement that such products are "Distributed by North Atlantic Operating Company, Inc." or otherwise under the control or supervision of North Atlantic;

b) Manufacturing, making, buying, purchasing, importing, shipping, delivering, advertising, marketing, promoting, offering to sell, selling, or otherwise distributing or disposing of, in any manner, any North Atlantic products, or purported North Atlantic products that are not actually produced, imported, or distributed under North Atlantic's control or supervision, or approved for sale in the United States by North Atlantic in connection with the ZIG-ZAG® Trademarks, the NAOC® Trademarks, the NAOC© Copyright, or the ZIG-ZAG® Orange Trade Dress;

c) In any way infringing or damaging the ZIG-ZAG® or NAOC® Trademarks, the NAOC© Copyright, or the ZIG-ZAG® Orange Trade Dress, or the value or goodwill associated therewith;

d) Attempting, causing, or assisting in any of the above-described acts, including, but not limited to, enabling others in the above-described acts or passing on information to others to allow them to do so;

---

[3] Defined as the work of the federal copyright registration for the visual material/computer graphic titled "North Atlantic Operating Company, Inc." (VAu 464-855).

[4] Defined as the distinctive design elements comprising the overall look and feel of ZIG-ZAG® Orange packaging (booklets and cartons), including at least the following: (1) ZIG-ZAG® and NAOC® Trademarks, (2) NAOC© Copyright, (3) gold-fill lettering and design elements, (4) French phrases such as "Qualite Superieure" and "Braunstein Freres France," and (5) the express statements that the products are "Made in France" or "Imported French", or "Distributed by North Atlantic Operating Company, Inc."

e) Destroying, altering, deleting, or otherwise disposing of any documents, records, or electronically stored information concerning the manufacturing, making, buying, purchasing, importing, shipping, delivering, advertising, marketing, promoting, offering to sell, selling, or other distribution or disposal of any product that has been, or is intended to be, sold in packaging containing, displaying, or bearing the ZIG-ZAG® or NAOC® Trademarks, the NAOC© Copyright, or the ZIG-ZAG® Orange Trade Dress; and/or

f) Forming or causing to be formed any corporation or other entity that engages in the above-described acts.

**IT IS FURTHER ORDERED** that violation of any or all of the foregoing provisions shall be punishable by contempt of court, entitling North Atlantic to collect liquidated damages in the amount of seventy-five thousand dollars ($75,000.00), in addition to North Atlantic's reasonable attorneys' fees incurred in enforcing this injunction and/or collecting damages.

**IT IS SO ORDERED.**

Dated: June 19, 2018

The Honorable Virginia A. Phillips
Chief United States District Judge